# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

CHUBB INDEMNITY INSURANCE
COMPANY as subrogee of
JEFFREY ADLER and ERIN CASSIDY,
                    Plaintiffs,

      v.                            Case No. 05-CV-1343

LOUIS RIBISH d/b/a
RIBISH FLOOR SANDING CO.,
                    Defendant.

## ORDER OF DISMISSAL

Upon the foregoing Stipulation and on motion of Cozen O'Connor, attorneys for plaintiffs Chubb Indemnity Insurance Co., Jeffrey Adler and Erin Cassidy,

IT IS ORDERED that this action, together with all claims and causes of action set forth in the pleadings, is DISMISSED on its merits and without costs.

SO ORDERED.

Dated at Milwaukee, Wisconsin, this 4th day of September, 2007.

                                            BY THE COURT:

                                            s/AARON E. GOODSTEIN
                                            United States Magistrate Judge